## Commonwealth v. Cook, Appellant.

Argued September 15, 1967. *John H. Lewis, Jr.,* for appellant; *Alan J. Davis,* Assistant District Attorney, with him *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

ERVIN, P. J., and MONTGOMERY, J., absent.

## Commonwealth v. Cornitcher, Appellant.

Argued September 11, 1967. *Gerald A. Gleason, Jr.,* for appellant; *Michael J. Rotko,* Assistant District Attorney, with him *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Cornitcher, Appellant.

Submitted September 11, 1967. *Herbert Cornitcher,* appellant, in propria persona; *Michael J. Rotko,* Assistant District Attorney, with him *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney,